**CARTER LEDYARD MILBURN**

**Alexander G. Malyshev**
Partner
malyshev@clm.com

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.
>
> Dated: November 18, 2024
>
> The Clerk of Court is respectfully directed to terminate the pending motion to dismiss at Document 14.
>
> Defendant Equiniti shall answer, move, or otherwise respond to the Amended Complaint by January 21, 2025.

**VIA ECF FILING**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re:   *Safety Shot Inc v. Chijet Motor Company, Inc. and Equiniti Trust Company, LLC*, Case No. 1:24-cv-006420-VSB

Dear Judge Broderick:

    This firm represents Defendant Equiniti Trust Company, LLC ("Equiniti") in the above referenced matter. We respond to the Court's Order dated November 13, 2024 (DN#21), and hereby withdraw Equiniti's motion to dismiss the original complaint in this action (DN#14-16).

    We conferred with counsel for Plaintiff and agreed that Equiniti's deadline to answer, move or otherwise respond to the Amended Complaint filed on November 12, 2024 (DN#20) should be enlarged to January 21, 2025. This would put Equiniti's deadline in line with the deadline for Defendant Chijet Motor Company, Inc. ("Chijet") to answer in this action, as well as the deadline set for Equiniti in the related case before the Hon. Valerie E. Caproni, *Greentree Financial Group, Inc. v. Chijet Motor Company, Inc. and Equiniti Trust Company, LLC*, Case No. 1:24-cv-006415-VEC, per the order annexed as Exhibit A.[1]

    Respectfully submitted,

    */s/ Alexander G. Malyshev*

    Alexander G. Malyshev

Cc:   All Counsel of Record by NYSCEF Filing

---

[1] Equiniti and the plaintiff filed statements of relatedness to have this action, and another related action, *L&H, Inc. v. Chijet Motor Company, Inc. and Equiniti Trust Company, LLC*, Case No. 1:24-cv-006425-VSB, transferred to Judge Caprioni, who presides over the earliest case number.