UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFETY SHOT INC. F/K/A JUPITER WELLNESS INC.<br><br>             Plaintiff,<br><br>  -against-<br><br>CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC,<br><br>             Defendants. | Case No. 1:24-cv-06420-VSB |

### DECLARATION OF SERVICE BY ELECTRONIC MAIL

Pursuant to 28 U.S.C. § 1746, I, Aric H. Wu, declare as follows:

1. I am not a party to this action, am over 18 years of age, and am a partner at the law firm Cooley LLP, 55 Hudson Yards, New York, New York 10001.

2. On March 24, 2025, I served true and correct copies of the:

    a. Motion to Temporarily Stay Proceedings and for Leave to Withdraw as Counsel; and

    b. Declaration of Aric H. Wu in Support of Motion to Temporarily Stay Proceedings and for Leave to Withdraw as Counsel, on the following:

*Counsel for Plaintiff*
Rory G. Greebel
rgreebel@foxrothschild.com
Philip Z. Langer
planger@foxrothschild.com


*Defendant*
Chijet Motor Company, INC.
corp.office@chijetmotors.com

*Defendant*
Equiniti Trust Company, LLC
David.Becker@equiniti.com
Erica.Goodstein@equiniti.com

3. I made such service by causing true and correct copies of the aforementioned documents to be attached to electronic mails and sending the electronic mails to the above mentioned electronic mail addresses.

I affirm this 24th day of March, 2025, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: March 24, 2025
      New York, New York

                                       /s/    *Aric H. Wu*
                                                  Aric H. Wu