UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY SHOT INC. f/k/a JUPITER WELLNESS INC.,

    Plaintiff,

-against-

CHIJET MOTOR COMPANY, INC., et al.,

    Defendants.

24-CV-6420 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the motion of defendants' attorneys Aric H. Wu, William K. Pao, and Jonathan B. Waxman to withdraw as counsel. (Dkt. 48.) Counsel for defendants must promptly serve copies of their motion papers and this Order upon defendants, both by mail and by whatever electronic method (e.g., email) they believe to be most reliable, and file proof of such service on the docket.

    Any party wishing to respond to the withdrawal motion must do so no later than **April 9, 2025**. If defendants wish to submit any confidential materials in support of their response, they may send their papers directly to chambers by mail or courier, addressed to "Chambers of Magistrate Judge Barbara Moses, United States District Court, 500 Pearl Street, New York, NY 10007," marked, "Confidential Material."

    The Court will schedule a hearing on this motion should it deem one necessary.

    The Court hereby ADJOURNS the initial case management conference currently scheduled for April 9, 2025 until **May 14, 2025 at 11:00 A.M.** and temporarily STAYS the action for thirty (30) days.

Dated: New York, New York
       March 27, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**