UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/10/25___
```

SAFETY SHOT INC. f/k/a JUPITER
WELLNESS INC.,

          Plaintiff,

-against-

CHIJET MOTOR COMPANY, INC., et al.,

          Defendants.

24-CV-6420 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      On March 27, 2025, I stayed this action in light of Cooley LLP's pending motion to withdraw as counsel for defendants (Dkt. 48), adjourned the initial case management conference originally scheduled for April 9, 2025, to May 14, 2025, and ordered that any party wishing to respond to the motion do so no later than April 9, 2025. (Dkt. 50.)

      On March 30, 2025, attorney William Lou, with iLead Law Group, P.C., appeared as replacement counsel for defendants. (Dkt. 52.) On April 9, 2025, both plaintiff and defendants submitted declarations requesting that the Court lift the stay in light of attorney Lou's appearance. (Dkts. 53, 54.) Additionally, plaintiff requests that the Court "move up the Initial Conference to a date earlier than May 14, 2025." (Dkt. 53 at ¶ 10.)

      Accordingly, it is hereby ORDERED that:

1.      The stay imposed on March 27, 2025 is VACATED;

2.      Defendants must file any reply in further support of defendant Equiniti's motion to dismiss no later than **April 29, 2025**.

3.      The initial case management conference is RESCHEDULED to **May 6, 2025 at 11:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, New York. No later

than **April 29, 2025**, the parties must file a joint pre-conference statement, as described in this Court's March 3, 2025 Order. (Dkt. 45.)

The Clerk of Court is respectfully directed to close the motion at Dkt. 48.

Dated: New York, New York                 **SO ORDERED.**
       April 10, 2025

**BARBARA MOSES**
**United States Magistrate Judge**