```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY SHOT INC. f/k/a JUPITER WELLNESS INC.,

        Plaintiff,

-against-

CHIJET MOTOR COMPANY, INC., et al.,

        Defendants.

24-CV-6420 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For avoidance of doubt, the motion to withdraw as counsel for defendants filed by attorneys Aric H. Wu, William K. Pao, and Jonathan Waxman is GRANTED. The Clerk of Court is respectfully directed to terminate attorneys Wu, Pao, and Waxman as counsel of record for defendants.

Dated: New York, New York
       April 11, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**