USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/26/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY SHOT INC. f/k/a JUPITER WELLNESS INC.,

    Plaintiff,

-against-

CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC,

    Defendants.

24-CV-6420 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's opposition (Dkt. 70) to the motion of William Lou and iLead Law Group, P.C. (the Firm) to withdraw as counsel for defendants Chijet Motor Company, Inc. and Equiniti Trust Company, LLC, f/k/a American Stock Transfer & Trust Company LLC. (Dkt. 64.) If the Firm wishes to reply, it may do so no later than **August 29, 2025**.

Dated: New York, New York
       August 26, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**