UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/30/25__

SAFETY SHOT INC. f/k/a JUPITER
WELLNESS INC.,

       Plaintiff,

  -against-

CHIJET MOTOR COMPANY, INC., and
EQUINITI TRUST COMPANY, LLC, f/k/a
AMERICAN STOCK TRANSFER &
TRUST COMPANY, LLC,

       Defendants.

24-CV-6420 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

New counsel having now appeared for defendants Chijet Motor Company, Inc. and Equiniti Trust Company, LLC, f/k/a American Stock Transfer & Trust Company, LLC, the stay granted on September 4, 2025 (Dkt. 76) is hereby **LIFTED**.

The parties are reminded that the close of fact discovery is December 31, 2025, prior to which the court will hold a status conference on December 4, 2025, with a joint status update letter due no later than November 26, 2025. *See* Dkt. 59 ¶¶ 4, 8.

Dated: New York, New York
     September 30, 2025          **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**