UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SAFETY SHOT INC. F/K/A JUPITER                   :
WELLNESS INC.,                                   :
                                                 :
                      Plaintiff,                 :              24-CV-6420 (VSB)
                                                 :
            -against-                            :              **ORDER**
                                                 :
CHIJET MOTOR COMPANY, INC., and                  :
EQUINITI TRUST COMPANY, LLC, f/k/a               :
AMERICAN STOCK TRANSFER & TRUST                  :
COMPANY, LLC,                                    :
                      Defendants.                :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Equiniti Trust Company, LLC's ("Equiniti") motion to dismiss Plaintiff Safety Shot Inc.'s ("Plaintiff" or "Safety Shot") Amended Complaint. (Doc. 38). In *Greentree Financial Group, Inc. v. Chijet Motor Co., Inc.*, No. 24-CV-06415 (S.D.N.Y. August 26, 2024) (Doc. 87), which Equiniti has indicated is a related case with almost identical allegations arising from the same contract dispute, (*see* Doc. 12), Judge Caproni dismissed the plaintiff's breach of contract claim against Equiniti. Greentree has since filed an appeal in the Second Circuit regarding Judge Caproni's dismissal of its claim against Equiniti. *Greentree Financial Group, Inc. v. Chijet Motor Co., Inc.*, No. 25-2090 (2nd Cir. Sept. 2, 2025) (Doc. 22).

This Court has the ability to hold Equiniti's motion to dismiss in abeyance pending the Second Circuit's decision in *Greentree*. *See, e.g.*, *Levy v. Southbrook Int'l Invs., Ltd.*, No. 99-CV-1479, 2000 WL 1610773, at *1 (S.D.N.Y. Oct. 27, 2000) (holding a motion to dismiss in abeyance pending decision in a related case before the Second Circuit and denying the motion to dismiss without prejudice, with leave for renewal upon disposition of the related case). Accordingly, Plaintiff and Equiniti are ORDERD to meet and confer and file a letter to this

Court discussing their respective views on the impact of the pending appeal in *Greentree* and their positions on whether Equiniti's motion to dismiss should be held in abeyance pending the Second Circuit's decision.  The parties shall file this letter by January 12, 2026.

SO ORDERED.

Dated:   December 16, 2025
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge