UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SAFETY SHOT INC. F/K/A JUPITER                             :
WELLNESS INC.,                                             :
                                                           :
                                    Plaintiff,            :        24-CV-6420 (VSB)
                                                           :
                    -against-                              :        **ORDER**
                                                           :
CHIJET MOTOR COMPANY, INC., and                           :
EQUINITI TRUST COMPANY, LLC, f/k/a                        :
AMERICAN STOCK TRANSFER & TRUST                           :
COMPANY, LLC,                                              :
                                    Defendants.           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' joint letter in response to my December 16, 2025 Order,

(Doc. 86), which directed the parties to meet and confer and file a letter discussing their

respective views on the impact of the pending appeal in *Greentree Financial Group, Inc. v.*

*Chijet Motor Co., Inc.*, No. 24-CV-06415 (S.D.N.Y. August 26, 2024) ("*Greentree*") and their

positions on whether the decision on Equiniti's motion to dismiss in this case should be held in

abeyance pending the Second Circuit's decision in *Greentree*.  In their letter, Plaintiff states that

the motion to dismiss should be held in abeyance pending the *Greentree* decision and

"Defendants do not object to such abeyance."  (Doc. 88.)  Accordingly, it is hereby ORDERED

that Defendant Equiniti's motion to dismiss is held in abeyance pending the Second Circuit's

decision in *Greentree*.  The motion to dismiss will be denied without prejudice and can be

renewed upon disposition of *Greentree's* appeal.  *See Levy v. Southbrook Int'l Invs., Ltd.*, No. 99-

CV-1479, 2000 WL 1610773, at *1 (S.D.N.Y. Oct. 27, 2000).

IT IS FURTHER ORDERED that the parties shall submit a status update to the Court on

Equiniti's motion to dismiss fourteen (14) days after the Second Circuit issues a decision in

*Greentree*.  The Clerk of Court is respectfully ordered to terminate the motion at Doc. 38.

SO ORDERED.

Dated:      January 13, 2026
            New York, New York

Vernon S. Broderick
United States District Judge