UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/5/26__

| | |
|---|---|
| SAFETY SHOT INC. f/k/a JUPITER WELLNESS INC., | |
| Plaintiff, | |
| -against- | |
| CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC, | |
| Defendants. | |

24-CV-6420 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's virtual status conference:

1.  The fact discovery deadline is hereby extended to **April 30, 2026**. However, document discovery must be substantially completed by **March 20, 2026**.

2.  The parties must complete expert discovery in accordance with the deadlines set forth at Dkt. 90.

3.  Judge Moses will conduct a status conference on **May 11, 2026**, at **11:00 a.m.** No later than **May 6, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts.

No further extensions will be granted absent compelling circumstances.

Dated: New York, New York
　　　　March 5, 2026　　　　　　　　　　　SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**