**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAFETY SHOT INC., f/k/a JUPITER WELLNESS INC.<br><br>        Plaintiff,<br><br>    -against-<br><br>CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC,<br><br>        Defendants. | Case No. 1: 24-cv-6420 (VSB) (BCM)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Safety Shot Inc. f/k/a Jupiter Wellness Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it voluntary dismisses, without prejudice, all claims asserted in this action.

This Notice is filed before Defendants have served an answer or a motion for summary judgment and thus does not require a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). As a result of this dismissal, all outstanding claims this case is dismissed in its entirety without prejudice.

Dated: New York, New York
      April 20, 2026

**FOX ROTHSCHILD LLP**

*/s/ Marc Szczepaniak*
Rory G. Greebel
Marc Szczepaniak
101 Park Avenue, Floor 17
New York, NY 10178
Tel: (212) 878-7900
mszczepaniak@foxrothschild.com

*Counsel for Plaintiff*

2

184471988.1